IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PEDRO ESTRELLA,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and CASTLE
MANAGEMENT LLC,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4719

Opinion filed March 8, 2017.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Pedro Estrella, pro se, Appellant.

Norman A. Blessing, General Counsel, and Cristina A. Velez, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellees.

PER CURIAM.

      AFFIRMED.

WETHERELL, BILBREY, and JAY, JJ., CONCUR.